

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00387-CV

IN THE INTEREST OF E.X.H. AND S.M.H., CHILDREN

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 11978, Honorable Stuart Messer, Presiding

February 21, 2019

## ORDER OF SEVERANCE

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant mother, M.H., and appellant father, J.H., appealed from the trial court's orders terminating their parental rights to their children, E.X.H. and S.M.H. The appellate record has been filed, and M.H. filed her brief. Furthermore, the Texas Department of Family and Protective Services filed its response to her brief. J.H. has yet to file a brief, though, despite the court extending his deadline to do so to February 15, 2019.

Given the time-sensitive nature of appeals from orders terminating parental rights and M.H.'s part of the appeal being at issue, we hereby sever J.H.'s appeal into a new, separate appeal and assign it cause number 07-19-00076-CV. The appeal of M.H. shall continue to disposition under appellate cause number 07-18-00387-CV.

It is so ordered.

Per Curiam